# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHANNON SHARP; and<br>ERIC M. THURSTON,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. CIV-22-854-R<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Court's Order entered this date, Plaintiffs' Complaint is dismissed. Judgment in favor of Defendant.

ENTERED this 6th day of April, 2023.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE